IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **GORDON ROY PARKER** | : | CIVIL ACTION NO. 02-cv-567 |
| Plaintiff, | : |  |
| vs. | : |  |
| **UNIVERSITY OF PENNSYLVANIA** | : |  |
| Defendant. | : |  |

**PENN'S OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL**

Defendant University of Pennsylvania ("Penn") hereby responds to Plaintiff's motion to compel discovery:

1.-2.  No responsive pleading required.

3.  Denied.

4.  No responsive pleading necessary.

The University has provided all relevant and discoverable information. Parker's attempt to gain irrelevant and inadmissible information, and to overburden Penn with mountains of discovery obligations is disingenuous and in bad faith.

917064v1

-2-

WHEREFORE, for the reasons set forth in the attached Memorandum, Penn respectfully moves that the Court deny the motion.

Respectfully submitted,

Dated:  May 7, 2003

John M. Myers (Pa. Id. No. 16642)
Crystal D. Deazle (Pa. Id. No. 87901)

MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

Attorneys for Defendant
University of Pennsylvania