```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GORDON ROY PARKER, pro se         :        CIVIL ACTION
                                  :
              v.                  :
                                  :
UNIVERSITY OF PENNSYLVANIA        :        NO. 02-567
A Pennsylvania nonprofit
corporation
```

## AMENDED ORDER

**AND NOW**, this       day of  May, 2003, it is Ordered that the Final Pretrial Conference scheduled for Tuesday, May 27, 2003 at 4:15 p.m. is **CANCELED** pending resolution of the forthcoming motions as discussed in the *May 21, 2003 Telephone Conference.


* see correction of date


ATTEST:                              or    BY THE COURT


BY:_____                 _____
      Deputy Clerk                         Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

John M. Myers, Esq. (via fax: 215-772-7620)
Crystal D. Deazle, Esq. (via fax: 215-772-7620)

                              Gordon Roy Parker, pro se (via e-mail & U.S. Mail)
                                   4247 Locust Street, #806
                                   Philadelphia, PA 19104