## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| Gordon Roy Parker, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 02-567 |
| | : | |
| | : | |
| University of Pennsylvania, | : | |
| | : | |
| Defendant | : | |

## **O R D E R**

  **AND NOW**, this  day of November 2003, Defendant University of

Pennsylvania is **ORDERED** to respond to Plaintiff's motion for reconsideration of orders by

December 12, 2003.  A new scheduling order will be issued after the motion for reconsideration

is resolved.

         _____

         ANITA B. BRODY, J.

Copies **FAXED** on _____ to:  Copies **MAILED** on _____ to: