IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gordon Roy Parker | : | |
| Plaintiff | : | |
| v. | : | NO. 02-cv-567 |
| University of Pennsylvania | : | |
| Defendant | : | |

**O R D E R**

**AND NOW**, this _____ day of May, 2004, it is **ORDERED** that plaintiff's motion to compel discovery (Docket #57) is **DENIED**.

_____

ANITA B. BRODY, J.

Copies **FAXED** on _____ to:    Copies **MAILED** on _____ to:

O:\TRICIA\Civil\Parker\Parker discovery.wpd