IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gordon Roy Parker, | : | |
| Plaintiff | : | |
| v. | : | NO. 02-567 |
| University of Pennsylvania, | : | |
| Defendant | : | |

**NOTICE**

Presently before the court are the parties' cross motions for summary judgment. (Docket #60 and Docket #62.) Defendant has written the court requesting a conference to clarify the status of the pending motions and the scope of the trial. Defendant's request for a conference is denied. Any future scheduling or issues as to scope of trial will be dealt with after disposition of the motions for summary judgment.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:    Copies **MAILED** on _____ to:

O:\TRICIA\Civil\Parker\parker notice.wpd