IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER | : | CIVIL ACTION NO. 02-cv-567 |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PENN'S FIRST SUPPLEMENT
## TO ITS MOTION FOR SUMMARY JUDGMENT

Based upon a document first revealed to Penn in Parker's pretrial memorandum, Penn

supplements its Summary Judgment memorandum as follows:

**II.   STATEMENT OF UNDISPUTED MATERIAL FACTS**

26.     On July 16, 2001, Plaintiff downloaded from the Penn Human Resources website

the listing (Plaintiff's Proposed Exhibit AV) of the 715 positions then open at Penn, which met

criteria submitted by plaintiff.[1]

27.     The Penn website instructed plaintiff:

> "...to apply for a particular position, please click the job title
> below.  A total of 715 job positions were found."  Plaintiff's
> proposed Exhibit AV.

---

[1] For reference, the exhibit is attached hereto.

28.   Notwithstanding the instruction, plaintiff chose not to apply for any open position.

Dated: June 3, 2004.                    By:_____

                                        John M. Myers (PA ID. No.16642)
                                        Jonathan H. Pyle  (PA ID. No. 89887)

                                        MONTGOMERY, McCRACKEN, WALKER
                                            & RHOADS, LLP
                                        123 South Broad Street
                                        Philadelphia, PA  19109
                                        Telephone No.:       (215) 772-1500
                                        Facsimile No.:       (215) 772-7620

                                        Attorneys for DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER** | : | **CIVIL ACTION NO. 02-cv-567** |
| Plaintiff, | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PENN'S FIRST SUPPLEMENTAL MEMORANDUM OF LAW
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

The open question in this case is whether Penn's explanation for its inaction on Parker's emailed resume was pretext. Parker concedes in his Pretrial filing that there were no special effort searches (¶ 22). More importantly he has finally supplied documentary evidence of just how careful he was to avoid applying for a specific position.

Parker has argued, in his summary judgment motion, that "Penn deliberately withheld information that would have caused him to apply for specific jobs..." Memorandum, at p.5. But now he has exposed this to be utterly false: Parker's proposed Exhibit AV (attached hereto) is a partial printout of the search he actually made on July 16, 2001,[2] the date he posted his resume without applying for the job. This is the information he actually had. Although he has always contended that Penn didn't make clear that he should actually apply for an open position, his Exhibit AV shows that Penn gave him an explicit instruction:

> Based on the criteria that you entered, the University of
> Pennsylvania currently has the following open positions. For more
> information about a particular position, or *to apply for a particular*

---

[2] The date of the search appears on the printout in the lower right hand corner.

*position, please click the job title below.*  A total of 715 positions
were found. (*italics* added)

The full download was 29 pages long.[3]  As we know, he chose not to apply for any of the 715
then open positions.  That decision, and his abusive continuation of this lawsuit, should not be
sanctioned.

Dated:  June 3, 2004.                    By: _____
                                              John M. Myers (PA ID. No. 16642)
                                              Jonathan H. Pyle (PA ID. No. 89887)

                                         MONTGOMERY, McCRACKEN, WALKER
                                              & RHOADS, LLP
                                         123 South Broad Street
                                         Philadelphia, PA  19109
                                         Telephone No.:        (215) 772-1500
                                         Facsimile No.:        (215) 772-7620
                                         Attorneys for DEFENDANT

---

[3]  See the upper right hand corner of AV; the numbers are partially cut off.

Jobs@Penn: Search Results

*Plaintiff's Trial Exhibit AV*



| Home | Jobs@Penn | Calendar | Contact | News | Forms | Policy Manual | Course Cat |


# UNIVERSITY OF PENNSYLVANIA
## HUMAN RESOURCES

Print View

o  Jobs@Per
o  Search O
   Positions
o  How To A
o  The Penn
o  Benefits /
o  About Ph
o  Campus :
   Informati

## Jobs@Penn: Search Results

Based on the criteria that you entered, the University of Pennsylvania currently has the following open positions. For more information about a particular position, or to apply for a particular position, please click the job title below. A total of 715 positions were found.



| Job Title | Reference Number | School/Center | Department |
|---|---|---|---|
| ACAD. COORD FOR PENNCAP | 01037336LL | STUDENT SERVICES | ACADEMIC SUPPORT PROGRAMS |
| ACADEMIC COUNSELOR | 01057806LL | STUDENT SERVICES | ACADEMIC SUPPORT PROGRAMS |
| ACCOUNTANT B | 01047593LL | DIVISION OF FINANCE | RESEARCH SERVICES |
| ACCOUNTANT B/GRANTS COORD | 00106638OM | SCHOOL OF MEDICINE | PS-PSYCHIATRY ADMINISTRATI |
| ACCOUNTANT C | 010681330M | SCHOOL OF MEDICINE | EB-CENTER FOR CLINICAL BIO |
| ACCOUNTANT C | 00086150LL | FACILITIES MANAGEMENT | FACILITIES MANAGEMENT ADMI |
| ACCOUNTANT/FIN ANALYST | 01078297DS | SCHOOL OF NURSING | NURSING FINANCE |
| ACCOUNTANT/FIN ANALYST | 01037446LL | WHARTON SCHOOL | WHARTON FINANCE AND ADMINI |
| ACCOUNTING CLERK SR | 01068217LL | DIVISION OF FINANCE | CENTRAL GIFTS PROCESSING |
| ACCOUNTING CLERK SR | 01037451LL | DIVISION OF FINANCE | COMPTROLLER'S OFFICE |
| ADMIN ASST A | 01047572LL | GRADUATE SCHOOL OF EDUCATION | GRAD SCH OF EDUCATION |
| ADMIN ASST A | 01078252LL | GRADUATE SCHOOL OF EDUCATION | GRAD SCH OF EDUCATION |
| ADMIN ASST A | 010374430M | SCHOOL OF MEDICINE | BT-CENTER FOR BIOETHICS AD |
| ADMIN ASST A | 01068248MG | PROVOST'S CENTER | CTR UNDERGRAD RES & FELLOWSHIP |
| ADMIN ASST A | 01068068DS | SCHOOL OF DENTAL MEDICINE | DENTAL MEDICINE (CENTER SU |
| ADMIN ASST A | 01078278MG | RECREATION & ATHLETICS | RECREATION AND ATHLETICS |
| ADMIN ASST A | 01068257JH | SCHOOL OF ARTS AND SCIENCES | MATHEMATICS |
| ADMIN ASST A | 010680450M | SCHOOL OF MEDICINE | SOM-SCHOOL OF MEDICINE SUR |
| ADMIN ASST A | | SCHOOL OF ARTS | |

Jobs@Penn: Search Results

| | | | |
|---|---|---|---|
| ADMIN ASST A | 01068116JH | AND SCIENCES | SAS EXTERNAL AFFAIRS |
| ADMIN ASST A | 01078273OM | DEVELOPMENT & ALUMNI RELATIONS | GIFT ADMINISTRATION |
| ADMIN ASST A | 01057774OM | SCHOOL OF MEDICINE | PS-PSYCHIATRY ADMINISTRATI |
| ADMIN ASST A | 01068123LL | GRADUATE SCHOOL OF EDUCATION | GRAD SCH OF EDUCATION |
| ADMIN ASST A | 01057930MG | PROVOST'S CENTER | REGULATORY AFFAIRS |
| ADMIN ASST A | 01057846DS | DEVELOPMENT & ALUMNI RELATIONS | SCHOOL/CENTER DEVELOPMENT |
| ADMIN ASST A | 01068136DS | SCHOOL OF NURSING | NURSING SCHOOL (CENTER SUR |
| ADMIN ASST A | 01078290LL | GRADUATE SCHOOL OF FINE ARTS | GSFA DEAN'S OFFICE |
| ADMIN ASST A | 01068137DS | SCHOOL OF NURSING | NURSING FINANCE |
| ADMIN ASST A | 01057836LL | PRESIDENT'S CENTER | SECRETARY'S OFFICE |
| ADMIN ASST B | 01068189LL | BUSINESS SERVICES | DAY CARE CENTER |
| ADMIN ASST B | 01068148OM | SCHOOL OF MEDICINE | PA-PATHOLOGY |
| ADMIN ASST B | 01068205LL | DEVELOPMENT & ALUMNI RELATIONS | DEVELOPMENT PROGRAMS |
| ADMIN ASST B | 01078250LL | GRADUATE SCHOOL OF EDUCATION | GRAD SCH OF EDUCATION |
| ADMIN ASST B | 01078247OM | SCHOOL OF MEDICINE | DM-CARDIOLOGY DIVISION ADM |
| ADMIN ASST B | 01068115MG | INTERNATIONAL PROGRAMS | INTERNATIONAL STUDENT AND |
| ADMIN ASST B | 01027174OM | SCHOOL OF MEDICINE | BB-BIOCHEMISTRY AND BIOPHY |
| ADMIN ASST B | 01078226LL | WHARTON SCHOOL | LEGAL STUDIES |
| ADMIN ASST B | 00096368OM | SCHOOL OF MEDICINE | PS-UNIT FOR EXPERIMENTAL P |
| ADMIN ASST B | 01068063DS | SCHOOL OF VETERINARY MEDICINE | VET ANIMAL BIOLOGY |
| ADMIN ASST B | 01016953OM | SCHOOL OF MEDICINE | RA-ADMINISTRATION |
| ADMIN ASST B | 01068072LL | FACILITIES MANAGEMENT | OPERATIONS AND MAINTENANCE |
| ADMIN ASST B | 01068098OM | SCHOOL OF MEDICINE | SOM-SCHOOL OF MEDICINE SUR |
| ADMIN ASST B | 01068206LL | DEVELOPMENT & ALUMNI RELATIONS | PRINCIPAL GIFTS |
| ADMIN ASST B | 01078281JH | SCHOOL OF ARTS AND SCIENCES | ENGLISH LANGUAGE PROGRAM |
| ADMIN ASST B | 01047697OM | SCHOOL OF MEDICINE | PH-PHARMACOLOGY ADMINISTRA |
| ADMIN ASST B | 01078271LL | STUDENT SERVICES | CAREER PLANNING AND PLACEM |
| ADMIN ASST B | 00085972OM | SCHOOL OF | PS-PSYCHIATRY |

Search Result

| | | MEDICINE | ADMINISTRATI |
|---|---|---|---|
| ADMIN ASST B | 01078285LL | UNIVERSITY LIBRARY | UNIVERSITY LIBRARY |
| ADMIN ASST B | 01057801LL | ANNENBERG SCHOOL | ANNENBERG SCHOOL FOR COMMU |
| ADMIN ASST B | 00075868LL | EXECUTIVE VICE PRESIDENT | CENTRAL ADMINISTRATION |
| ADMIN ASST B | 01068036DS | DEVELOPMENT & ALUMNI RELATIONS | SCHOOL/CENTER DEVELOPMENT |
| ADMIN ASST B | 01057969LL | DIVISION OF PUBLIC SAFETY | PUBLIC SAFETY ADMINISTRATI |
| ADMIN ASST TO EXEC. DIR. MED CTR DEV. & AR | 01047644DS | DEVELOPMENT & ALUMNI RELATIONS | SCHOOL/CENTER DEVELOPMENT |
| ADMIN ASST/DONOR RELATIONS PROGRAM | 01078332LL | LAW SCHOOL | LAW SCHOOL (CENTER SURROGA |
| ADMIN COORDINATOR | 01047716LL | GRADUATE SCHOOL OF EDUCATION | GRAD SCH OF EDUCATION |
| ADMIN COORDINATOR | 01057891OM | SCHOOL OF MEDICINE | SOM-SCHOOL OF MEDICINE SUR |
| ADMIN COORDINATOR | 01068198JH | SCHOOL OF ARTS AND SCIENCES | ENGLISH LANGUAGE PROGRAM |
| ADMIN COORDINATOR | 01057847LL | WHARTON SCHOOL | MARKETING |
| ADMIN COORDINATOR | 01037390DS | SCHOOL OF VETERINARY MEDICINE | SMALL ANIMAL HOSPITAL |
| ADMIN COORDINATOR | 00106598OM | SCHOOL OF MEDICINE | DM-GERIATRICS ADMNISTRATI |
| ADMIN COORDINATOR | 01078276LL | STUDENT SERVICES | ACADEMIC SUPPORT PROGRAMS |
| ADMIN COORDINATOR | 01057913LL | EXECUTIVE VICE PRESIDENT | CENTER FOR TECHNOLOGY TRAN |
| ADMIN COORDINATOR | 01037441OM | SCHOOL OF MEDICINE | AN-ANESTHESIA ADMINISTRATI |
| ADMIN COORDINATOR | 01047562LL | WHARTON SCHOOL | DEVELOPMENT AND ALUMNI AFFAIRS |
| ADMIN COORDINATOR | 01068012OM | SCHOOL OF MEDICINE | PS-PSYCHIATRY ADMINISTRATI |
| ADMISSIONS OFFICER A/B | 01068159MG | PROVOST'S CENTER | ADMISSIONS |
| AIRCONDTNG REFRIG MECH | 01068005LL | FACILITIES MANAGEMENT | OPERATIONS AND MAINTENANCE |
| AREA COORDINATOR FOR COLLEGE HOUSE SVCS | 01068191LL | CAMPUS SERVICES | RESIDENTIAL LIVING SURROGA |
| ASSISTANT ARBORIST | 01057978LL | MORRIS ARBORETUM | MORRIS ARBORETUM (CENTER S |
| ASSISTANT COACH INTERN, SOFTBALL | 01057985MG | RECREATION & ATHLETICS | RECREATION AND ATHLETICS |
| ASSISTANT COACH INTERN, WOMEN'S GYMNASTICS | 01068141MG | RECREATION & ATHLETICS | RECREATION AND ATHLETICS |
| ASSISTANT DIRECTOR OF OUTREACH PROGRAMS | 01068087JH | SCHOOL OF ARTS AND SCIENCES | MIDDLE EAST CTR |
| ASSISTANT MANAGER B | 01067989LL | WHARTON SCHOOL | WHARTON FINANCE AND ADMINI |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER** | : | **CIVIL ACTION NO. 02-cv-567** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### O R D E R

AND NOW this _____ day of _____, 2004, Penn's First Motion in Limine is

GRANTED.

The Plaintiff may not produce any evidence, or call any witness to support the facts

asserted in his pre-trial memorandum at Paragraphs 3, 5, 8-21, 23-26, 29-35.

Plaintiff shall cause no trial subpoenas to issue without prior approval of this court.


**BY THE COURT:**


_____
Honorable Anita B. Brody, J.

## CERTIFICATE OF SERVICE

I, John M. Myers, do hereby certify that on the 3rd day of June, 2004, I caused a true and

correct copy of the foregoing The University of Pennsylvania's First Supplement to its Motion

for Summary Judgment, and Memorandum in support thereof to be served by way of U.S. First

Class Mail, postage prepaid, upon the following individual at the address indicated:


Gordon Roy Parker
4247 Locust Street, #807
Philadelphia, PA  19104

*Pro Se Plaintiff*


John M. Myers