IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER, | : |
| Plaintiff, | : CASE NO.: 02-cv-567 |
| v. | : |
| UNIVERSITY OF PENNSYLVANIA, a Pennsylvania nonprofit corporation, | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this _____ day of _____, 2004, upon consideration of the Motion of the University of Pennsylvania for Summary Judgment and responses thereto, it is hereby

ORDERED that the Motion is GRANTED, judgment is entered in favor of Defendant and against the Plaintiff, and all remaining counts in the Amended Complaint are dismissed with prejudice.

BY THE COURT:

_____
Honorable Anita B. Brody, J.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER, | : |
| Plaintiff, | : CASE NO.: 02-cv-567 |
| v. | : |
| UNIVERSITY OF PENNSYLVANIA, a Pennsylvania nonprofit corporation, | : |
| Defendant. | : |

### THE UNIVERSITY OF PENNSYLVANIA'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's *Preferred Procedure: Instructions on Summary Judgment for those moving under Rule 56(b)*, Defendant University of Pennsylvania ("Penn") hereby replies to Plaintiff's Response In Opposition To Defendant's Motion For Summary Judgment as follows:

Penn rests on its previously filed papers. Penn's Motion For Summary Judgment should be granted.

Respectfully submitted,

Date: June 14, 2004

_____
John M. Myers (Pa. Id. No. 16642)
Jonathan H. Pyle (Pa. Id. No. 89887)

MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109
Telephone No.:    (215) 772-1500
Facsimile No.:    (215) 772-7620

Attorneys for Defendant
UNIVERSITY OF PENNSYLVANIA

## CERTIFICATE OF SERVICE

I, Jonathan H. Pyle, do hereby certify that on the 14th day of June, 2004, I caused a true and correct copy of the foregoing The University Of Pennsylvania's Reply To Plaintiff's Response In Opposition To Defendant's Motion For Summary Judgment to be served via U.S. First Class Mail, postage prepaid, upon the following individual at the address indicated:

>Gordon Roy Parker
>4247 Locust Street, #806
>Philadelphia, PA 19104
>
>*Pro Se Plaintiff*

Jonathan H. Pyle