IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER, : | |
| : | |
| Plaintiff, : | CASE NO.: 02-cv-567 |
| : | |
| v. : | |
| : | |
| UNIVERSITY OF PENNSYLVANIA, a : | |
| Pennsylvania nonprofit corporation, : | |
| : | |
| Defendant. : | |

# **O R D E R**

**AND NOW**, this _____ day of _____, 2004, upon consideration of Plaintiff's Motion for Reconsideration of Order of August 16, 2004 Dismissing Complaint, Plaintiff's Motion for Leave to Amend Complaint, and Defendant's response thereto, it is hereby

ORDERED that the Motion for Reconsideration is DENIED.  Accordingly, the Motion for Leave to Amend Complaint is moot.

BY THE COURT:

_____
Honorable Anita B. Brody, J.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 02-cv-567 |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, a | : | |
| Pennsylvania nonprofit corporation, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**PENN'S RESPONSE TO
PLAINTIFF'S MOTIONS FOR RECONSIDERATION
AND TO AMEND COMPLAINT**

      Mr. Parker offers nothing new in this round of motions, with one exception: he says that if Penn had hired him, he would have used his access to Penn's computer network to gain access to Penn's student records and discover the identity of "Wintermute," one of Mr. Parker's online enemies who he says is a former Penn student. That is frightening. Mr. Parker fails to show any error of law or any manifest injustice.

      Both motions should be denied.

Date: September 1, 2004          /s/ Jonathan H. Pyle
                                        John M. Myers (Pa. Id. No. 16642)
                                        Jonathan H. Pyle (Pa. Id. No. 89887)

                                        MONTGOMERY, McCRACKEN,
                                          WALKER & RHOADS, LLP
                                        123 South Broad Street
                                        Philadelphia, PA 19109
                                        Telephone No.:    (215) 772-1500
                                        Facsimile No.:      (215) 772-7620

                                        Attorneys for Defendant
                                        UNIVERSITY OF PENNSYLVANIA

**CERTIFICATE OF SERVICE**

     I, Jonathan H. Pyle, do hereby certify that on the 1st day of September, 2004, I caused a true and correct copy of the foregoing Penn's Response to Plaintiff's Motions for Reconsideration and to Amend Complaint be served via U.S. First Class Mail, postage prepaid, upon the following individual at the address indicated:

        Gordon Roy Parker
        4247 Locust Street, #806
        Philadelphia, PA  19104

        *Pro Se Plaintiff*

        /s/ Jonathan H. Pyle
        Jonathan H. Pyle