```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

GORDON ROY PARKER  :  CIVIL ACTION
        v.  :
UNIVERSITY OF PENNSYLVANIA  :  NO. 02-567

## CIVIL JUDGMENT

Before the Honorable Anita B. Brody

    **AND NOW,** this   day of September , in accordance with the Court's Explanation and Order (paper #82), Defendant's Motion for Summary Judgment is **GRANTED** and this case is dismissed with prejudice.  Plaintiff's Motion for Summary Judgment is **DENIED.** Plaintiff's motion for reimbursement of costs is **DENIED.**

    **IT IS ORDERED** that Judgment be and the same is hereby entered in favor of Defendant University Pennsylvania and against Plaintiff Gordon Roy Parker.

```
                              BY THE COURT

                       ATTEST:
                              Marie O'Donnell
                              Civil Deputy/Secretary
```

Civ 1 (8/80)