IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER<br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF PENNSYLVANIA<br>Defendant. | CIVIL ACTION NO. 02-cv-567<br><br>APPEAL NO. 04-3688 (3rd Cir.) |

## ORDER

**AND NOW** this _____ of _____, 2004, upon consideration of Plaintiff's Motion for Relief from Civil Judgment pursuant to Federal Rule 60(b), for Leave to Amend Complaint, and to Supplement the Record, and Defendant's response thereto, it is hereby ORDERED that Plaintiff's 60(b) Motion is DENIED.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER** <br> Plaintiff, <br><br> vs. <br><br> **UNIVERSITY OF PENNSYLVANIA** <br> Defendant. | CIVIL ACTION NO. 02-cv-567 <br><br> APPEAL NO. 04-3688 (3rd Cir.) |

### PENN'S RESPONSE TO PARKER'S 60(b) MOTION

"There he goes again."[1]

The 60(b) motion should be denied.

Dated: November 18, 2004.

By: _____
John M. Myers (PA ID. No.16642)
Jonathan H. Pyle (PA ID. No. 89887)

MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109
Telephone No.:     (215) 772-1500
Facsimile No.:     (215) 772-7620

Attorneys for DEFENDANT

---

[1] Ronald Reagan (of Jimmy Carter), October 28, 1980.

## CERTIFICATE OF SERVICE

I, John M. Myers, do hereby certify that on the 18th day of November, 2004, I caused a true and correct copy of the foregoing The University of Pennsylvania's Response to Parker's 60(b) Motion to be served by way of U.S. First Class Mail, postage prepaid, upon the following individual at the address indicated:

Gordon Roy Parker
4247 Locust Street, #807
Philadelphia, PA  19104

*Pro Se Plaintiff*

_____
John M. Myers