# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| Gordon Roy Parker | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 02-CV-567 |
| | : | |
| University of Pennsylvania | : | |
| | : | |
| Defendant | : | |

## **O R D E R**

**AND NOW**, this _____ day of November 2004, it is **ORDERED** that defendant has until December 6, 2004 to file a substantive response to plaintiff's motion for relief. Defendant's ten-word Response to Parker's 60(b) Motion (Docket # 95) does not merit this court's consideration.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to:

O:\ABB\Parker order response.wpd