IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-CV-567 |
| UNIVERSITY OF PENNSYLVANIA, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this  10th  day of March 2005, pursuant to Plaintiff's Motion for Relief from Civil Judgment Pursuant to Federal Rule 60(b), for Leave to Amend Complaint, and to Supplement the Record, and defendant's response filed December 6, 2004, it is **ORDERED** that the motion (Docket entry # 94) is **DENIED**.

S/Anita B. B.rody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

O:\ABB\Parker order mot for relief.wpd