IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GORDON ROY PARKER,                    :
                                      :    CIVIL ACTION NO. 02-cv-567
              Plaintiff,              :
                                      :
       v.                             :
                                      :
UNIVERSITY OF PENNSYLVANIA,           :          **FILED**
                      et al.,         :
                                      :         FEB - 1 2007
              Defendants.             :
                                      :    By _____ Anita B. Brody, Judge
                                      :                    Dep. Clerk

**O R D E R**

       **AND NOW**, this 31st day of _____, 2006, upon consideration of Penn's

Response In Opposition to Plaintiff's Motion for Relief from Civil Judgment Pursuant to Rule 60

(b)(6), it is hereby ORDERED that said Motion for Relief is DENIED.



                                      BY THE COURT:

                                      _____
                                               Anita B. Brody, J.


Copies via ECF on ___ To:   Copies via US Mail on ___ To:


2094686v1