DLD-365

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-1648

GORDON ROY PARKER,

Appellant

v.

UNIVERSITY OF PENNSYLVANIA,
A PENNSYLVANIA NONPROFIT CORPORATION

FILED
OCT -3 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 02-cv-00567)
District Judge: Honorable Anita B. Brody

Submitted Under 28 U.S.C. § 1915(e)(2)(B) and/or
Third Circuit LAR 27.4 and I.O.P. 10.6
August 30, 2007

Before: BARRY, AMBRO and FISHER, <u>CIRCUIT JUDGES</u>

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the within appeal is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). All of the above in accordance with the Opinion of the Court.

ATTEST:

<u>/s/ Marcia M. Waldron</u>
Clerk

DATED: September 11, 2007

Page 2
Parker v. Univ PA
Docket No. 07-1648

Certified as a true copy and issued in lieu
of a formal mandate on October 3, 2007

Teste: *Marcia M. Waldron*

Clerk, U.S. Court of Appeals for the Third Circuit.