**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GORDON ROY PARKER, | : | |
| Plaintiff. | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 02-567 |
| | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this ___13TH __ day of July, 2015, it is **ORDERED** that Plaintiff's Motion

to Set Aside Orders and to Seal this Case pursuant to Fed. R. Civ. P. 60(b)(3) (ECF No. 110) is

**DENIED**.[1]

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to:

_____

[1] Plaintiff Gordon Roy Parker moves for relief from a judgment or order pursuant to Federal Rule of Civil
Procedure 60(b)(3). Rule 60(b)(3) enables a court to vacate a judgment based on fraud,
misrepresentation, or misconduct by an opposing party. A motion under Rule 60(b)(3) must be made "no
more than a year after the entry of the judgment or order or the date of the proceeding." Fed. R. Civ. P.
60(c)(1). More than ten years have passed since this Court granted summary judgment in favor of
Defendant, and more than eight years have passed since this Court denied Parker's second Rule 60(b)
motion. Parker's motion is clearly time-barred.